# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.    EDCV 18-1481-SS | Date: January 7, 2019 |
| | Page 1 of 2 |

Title:    Everette Eyre v. Nancy A. Berryhill, Commissioner of Social Security

| DOCKET ENTRY: | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
|---|---|

PRESENT:

### HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF(S):      ATTORNEYS PRESENT FOR DEFENDANT(S):

    None Present                                  None Present

**PROCEEDINGS: (IN CHAMBERS)**

      On July 12, 2018, Everette Eyre ("Plaintiff") filed a Complaint seeking review of Defendant's decision denying disability benefits. On November 27, 2018, Defendant filed an Answer to the Complaint and a Certified Administrative Record. Pursuant to the Court's July 18, 2018 Order Extending Briefing Schedule, Plaintiff was required to file a "Memorandum in Support of Plaintiff's Complaint" by January 2, 2019. As of today, Plaintiff has not filed the required memorandum.

      Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **ten (10) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff may discharge this Order by either filing a "Memorandum in Support of Plaintiff's Complaint." NO FURTHER EXTENSIONS OF TIME SHALL BE GRANTED.

\\
\\
\\
\\
\\
\\
\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    EDCV 18-1481-SS                    Date: January 7, 2019
                                                Page 2 of 2

Title:      Everette Eyre v. Nancy A. Berryhill, Commissioner of Social Security

**Plaintiff is expressly advised that failure to timely file the require memorandum will result in this action being dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

The Clerk of the Court is directed to serve a copy of this Order on counsel for Plaintiff and Defendant.